# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADVANCED FLUID SYSTEMS, INC., | : | CIVIL ACTION NO. 1:13-CV-3087 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| KEVIN HUBER, INSYSMA (INTEGRATED SYSTEMS AND MACHINERY, LLC), LIVINGSTON & HAVEN, LLC, CLIFTON B. VANN IV, and THOMAS AUFIERO, | : | |
| Defendants | : | |

# **ORDER**

AND NOW, this 6th day of June, 2017, upon consideration of the motion (Doc. 156) for summary judgment by Advanced Fluid Systems, Inc. ("AFS") on its affirmative claims against all defendants, and its motion (Doc. 159) for summary judgment on the counterclaims alleged by Integrated Systems and Machinery, LLC ("Integrated Systems"), and also upon consideration of the cross-motion (Doc. 171) for summary judgment filed by Integrated Systems, and the cross-motion (Doc. 175) for summary judgment filed by Livingston & Haven, LLC, Clifton B. Vann IV, and Thomas Aufiero ("the Livingston defendants"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. AFS's motion (Doc. 156) for summary judgment on its affirmative claims is GRANTED as to its misappropriation claims against Huber and Integrated Systems but is DENIED in all other respects.

2. AFS's unopposed motion (Doc. 159) for summary judgment on Integrated Systems' counterclaims is GRANTED.

3. Integrated Systems' motion (Doc. 171) for summary judgment is GRANTED as to AFS's claim for aiding and abetting breach of fiduciary duty but is DENIED in all other respects.

4. The Livingston defendants' motion (Doc. 175) for summary judgment is DENIED.

5. Entry of judgment in accordance with the above paragraphs is DEFERRED pending trial on the remaining claims and damages disputes *sub judice*.

6. AFS's claims for violations of the Computer Fraud and Abuse Act, violations of the Lanham Act, tortious interference with contract and prospective contractual relations, unjust enrichment, common law unfair competition, conversion, and common law conspiracy are deemed WITHDRAWN.

7. The parties are directed to meet and confer, in consultation with the undersigned's courtroom deputy, with the goal of developing an appropriate schedule for further proceedings. On or before **Wednesday, June 21, 2017**, the parties shall submit to the court a joint proposed pretrial and trial schedule, specifically identifying the anticipated length of trial, or, in the event the parties are unable to agree, shall submit individual proposed schedules for the court's consideration.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania