# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADVANCED FLUID SYSTEMS, INC., | : | CIVIL ACTION NO. 1:13-CV-3087 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| KEVIN HUBER, INSYSMA | : | |
| (INTEGRATED SYSTEMS AND | : | |
| MACHINERY, LLC), LIVINGSTON & | : | |
| HAVEN, LLC, CLIFTON B. VANN IV, | : | |
| and THOMAS AUFIERO, | : | |
| | : | |
| Defendants | : | |

## ORDER & JUDGMENT

AND NOW, this 6th day of March, 2018, upon consideration of the second amended complaint (Doc. 70) of plaintiff Advanced Fluid Systems, Inc. ("AFS"), and following a bench trial convened from September 18 through September 25, 2017, (see Docs. 303-08), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Judgment is ENTERED as follows:

    a. Judgment is entered in favor of AFS and against defendants Kevin Huber ("Huber"), Integrated Systems and Machinery, LLC ("Integrated Systems"), Livingston & Haven, LLC ("Livingston"), Clifton B. Vann IV ("Vann"), and Thomas Aufiero ("Aufiero") on AFS's claim for misappropriation of trade secrets.

    b. Judgment is entered in favor of AFS and against Huber on AFS's claim for breach of fiduciary duty.

    c. Judgment is entered in favor of AFS and against Livingston and Vann on AFS's claim for aiding and abetting breach of fiduciary duty.

    d.      Judgment is entered against AFS and in favor of Aufiero on AFS's claim for aiding and abetting breach of fiduciary duty.

2. AFS is awarded damages as follows:

    a.      Compensatory damages in the amount of $1,096,009, to be paid jointly and severally by Huber, Integrated Systems, Livingston, Vann, and Aufiero;

    b.      Exemplary damages in the amount of $1,000,000 against Huber individually; and

    c.      Punitive damages in the amount of $1,000,000, jointly and severally, against Huber, Livingston, and Vann.

3. Any motion for attorney's fees must be made within fourteen (14) days of the date of this order pursuant to Federal Rule of Civil Procedure 54(d).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania