# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADVANCED FLUID SYSTEMS, INC., | : | CIVIL ACTION NO. 1:13-CV-3087 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| KEVIN HUBER, INSYSMA (INTEGRATED SYSTEMS AND MACHINERY, LLC), LIVINGSTON & HAVEN, LLC, CLIFTON B. VANN IV, and THOMAS AUFIERO, | : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 16th day of March, 2018, upon consideration of the motion (Doc. 331) by plaintiff Advanced Fluid Systems, Inc. ("AFS"), for judicial approval of certain costs for inclusion in AFS's bill of costs pursuant to Local Rules of Court 54.4(3) and 54.4(6), it is hereby ORDERED that the motion (Doc. 331) is GRANTED and the court approves for inclusion in AFS's bill of costs:

1. The cost of videotaping the depositions of six Livingston and Haven, LLC, witnesses in the total amount of $2,180.

2. The cost of enlarging two demonstrative exhibits used during trial in the total amount of $212.56.

                                                /S/ CHRISTOPHER C. CONNER
                                                Christopher C. Conner, Chief Judge
                                                United States District Court
                                                Middle District of Pennsylvania