IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADVANCED FLUID SYSTEMS, INC., | CIVIL ACTION NO. 1:13-CV-3087 |
| Plaintiff | (Chief Judge Conner) |
| v. | |
| KEVIN HUBER, INSYSMA (INTEGRATED SYSTEMS AND MACHINERY, LLC), LIVINGSTON & HAVEN, LLC, CLIFTON B. VANN IV, and THOMAS AUFIERO, | |
| Defendants | |

## ORDER

AND NOW, this 5th day of March, 2019, upon consideration of the parties' motions (Docs. 346, 347, 350, 394) seeking post-judgment relief pursuant to various Federal Rules of Civil Procedure, and the parties' extensive briefing in support of and opposition to said motions, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 346) by defendants Kevin Huber and Integrated Systems and Machinery, LLC, to amend the court's findings and judgment under Rules 52, 59, and 60 or, in the alternative, for a new trial under Rules 59 and 60 is DENIED.

2. The motion (Doc. 347) by plaintiff Advanced Fluid Systems, Inc., to amend conclusion of law as to Livingston defendants' misappropriations to permit award of counsel fees is DENIED.

3. The motion (Doc. 350) by defendants Livingston & Haven, LLC, Clifton B. Vann IV, and Thomas Aufiero (collectively, the "Livingston defendants") for new trial or relief from judgment under Fed. R. Civ. P. 59(a) or, in the alternative, motion to amend this court's judgment, findings and conclusions under Fed. R. Civ. P. 52(a)(5), 52(b), 59(e), and 60(b) is DENIED.

4. The Livingston defendants' motion (Doc. 394) to amend pleadings to conform to evidence is DENIED.

5. The Clerk of Court is directed to mail a copy of the accompanying memorandum and this order to the Livingston defendants' former counsel, Philip J. Morin, Esquire ("Attorney Morin").

6. Attorney Morin shall remit to the Clerk of Court, within 30 days of the date of this order, the *pro hac vice* admission fee of $50. See LOCAL RULE OF COURT 83.8.2.5; District Court Miscellaneous Schedule of Fees, https://www.pamd.uscourts.gov/district-court-miscellaneous-fees (last visited Mar. 4, 2019).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania