IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADVANCED FLUID SYSTEMS, INC.,** | : | CIVIL ACTION NO. 1:13-CV-3087 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **KEVIN HUBER, INSYSMA (INTEGRATED SYSTEMS AND MACHINERY, LLC), LIVINGSTON & HAVEN, LLC, CLIFTON B. VANN IV, and THOMAS AUFIERO,** | : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 4th day of February, 2021, upon consideration of the parties' motions (Docs. 413, 415, 419) seeking review of various aspects of the Clerk of Court's taxation of costs, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. The motion (Doc. 413) of plaintiff Advanced Fluid Systems, Inc., is GRANTED to the extent it seeks reversal of the Clerk's disallowance of $11,301 for MCS Group's file-format conversion fees, of $471 for Capitol Support Service's fee for conversion of videotapes to DVD format, and of $97 for Verizon's copying fee. The motion is DENIED to the extent it seeks reversal of the Clerk's disallowance of $7,099.82 for third-party file-format conversion and copying by Dayton T. Brown, Inc.

2. The motion (Doc. 415) by defendants Livingston & Haven, LLC, Clifton B. Vann IV, and Thomas Aufiero is GRANTED to the extent it seeks reversal of the Clerk's allowance of $1,605 in private process server fees and $342.45 for nontaxable court reporter fees. The motion is DENIED to the extent it seeks reversal of the Clerk's allowance of $353.95 in court reporter deposition charges for the depositions of Glenn Jackson and Jonathan Quinones and $230 in court reporter appearance fees.

3.  The motion (Doc. 419) of defendants Kevin Huber and Integrated Systems and Machinery, LLC, is GRANTED in full.

4.  Costs are taxed against defendants and in favor of AFS in the amount of $30,263.86. This taxation represents the clerk's filing fee of $400, transcript fees of $2,061, deposition fees of $14,521.35, witness fees of $140.21, exemplification and copying fees of $12,928.74, and fees of $212.56 for oversized demonstratives used at trial.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania